INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

# UNITED STATES DISTRICT COURT

for the

## Southern District of Indiana

1:25-cv-1358-SEB-TAB

Nadine Bishop Individully and as a Surviving mother Of Andrew mcclain deceased Plaintiff

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

City Of Indianapolis metropolitan Police Department (IMPD) Detective Rhoda kelly

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

**FILED**

JUL 0 9 2025

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

**Demand for Jury Trial**    ☑Yes    ☐No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

**NADINE BISHOP**, individually and as surviving mother of **Andrew McClain**, deceased,
Plaintiff,

v.

**CITY OF INDIANAPOLIS**,
**INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT (IMPD)**,
**DETECTIVE RHONDA KELLY**, in her official capacity,
**UNKNOWN DRIVER**,
Defendants.

Case No.: [To be assigned]
JURY TRIAL DEMANDED

## COMPLAINT FOR DAMAGES AND CIVIL RIGHTS VIOLATIONS

Plaintiff Nadine Bishop brings this action against Defendants for the wrongful death of her son, Andrew McClain, and violations of his and her civil rights under the Fourteenth Amendment.

## PARTIES

1. Plaintiff Nadine Bishop is the biological mother and next of kin of Andrew McClain, deceased.
2. Defendant City of Indianapolis is a municipal entity responsible for the policies, operations, and oversight of public safety and street infrastructure.
3. Defendant IMPD is a division of the City and responsible for law enforcement within Indianapolis.
4. Defendant Detective Rhonda Kelly is an IMPD detective who acted under color of law and in her official capacity.
5. Defendant Unknown Driver is the individual who fatally struck Andrew McClain in a hit-and-run on August 5, 2023.

## JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §1331 and 28 U.S.C. §1343 because Plaintiff asserts claims under 42 U.S.C. §1983.
2. Venue is proper under 28 U.S.C. §1391(b) as all events occurred in this District.



INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

## I.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.**   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

**B.**   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

This Court has Jurisdiction under 28 U.S.C 1331 and 28 U.S.C 1343 because Plaintiff asserts Claims under 42 U.S.C 1983, Venue is Proper under 28 U.S.C 1391 All events Occurred in this District

**C.**   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Attached

**D.**   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

**FACTUAL BACKGROUND**

2: pM

1. On August 5, 2023, at approximately 1:00 to 2:00 PM, Andrew McClain was lawfully riding a Lime electric scooter in the bike lane near the 3400 block of Indianapolis, Indiana.
2. A vehicle traveling in the opposite direction struck Andrew head-on in a hit-and-run incident, resulting in his death.
3. The street had been recently remodeled by the City in 2022 and included a bike lane.
4. Despite this, no physical protections separated scooter users from traffic, nor were there adequate lighting, signage, or enforcement present to protect vulnerable users.
5. Following the fatal crash, Defendant IMPD and Detective Rhonda Kelly failed to investigate the case with due diligence, ignored critical leads, and denied Plaintiff basic information and participation in the process.

## COUNT I: 42 U.S.C. §1983 — VIOLATION OF 14TH AMENDMENT (DUE PROCESS)

1. Plaintiff incorporates paragraphs 1 through 12.
2. Defendant Rhonda Kelly, acting under color of state law, failed to investigate and pursue justice in Andrew McClain's death.
3. This violated Plaintiff's due process rights as a surviving parent to participate in and benefit from law enforcement protections.

## COUNT II: WRONGFUL DEATH (INDIANA CODE §34-23-1-1)

1. Plaintiff incorporates paragraphs 1 through 15.
2. Defendant Unknown Driver operated a vehicle negligently and recklessly, causing Andrew's death.
3. Plaintiff, as Andrew's surviving parent, seeks damages under Indiana's Wrongful Death statute.

## COUNT III: MUNICIPAL LIABILITY (MONELL CLAIM)

1. Plaintiff incorporates paragraphs 1 through 18.
2. The City of Indianapolis had customs, policies, or practices of failing to properly investigate violent crimes in Black communities or those involving vulnerable road users.
3. These failures were the moving force behind the violation of Plaintiff's and Andrew's constitutional rights.

## COUNT IV: NEGLIGENCE — CITY OF INDIANAPOLIS (FAILURE TO PROTECT SCOOTER USERS)

1. Plaintiff incorporates paragraphs 1 through 21.
2. On or about August 5, 2023, Andrew McClain was riding a Lime electric scooter in a designated bike lane near the 3400 block of Indianapolis when he was struck head-on and killed.
3. The City had remodeled the street in 2022 and was aware that scooters and bicycles would use it.

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

## II.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Nadine Bishop

Address — 1203 E 11th St

Ford heights            IL            46204   60411
*City*            *State*            *Zip Co*

U.S

County

Telephone Number — Nadine37Bishop@gmail.com

E-Mail Address — 464-251-1751

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name — Rhonda Kelly

Job or Title *(if known)*

Address — 200 E Washington St Room 1601

Indianapolis            IN            46204
*City*            *State*            *Zip Code*

U.S

County

Telephone Number

E-Mail Address *(if known)* — Kelly.Rhoda@indy.gov

☐ Individual capacity    ☐ Official capacity

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

Defendant No. 2

Name

Job or Title *(if known)*

Address

Indianapolis Metropolitan Police
Department Office Of Chief Of Police
50 N. Alabama Street
Indianapolis          IN          46204
City                          State            Zip code

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Address

City Of Indianapolis Office of
Corporation Counsel
200 E Washington Street, Room 1601
Indianapolis          IN          46204
City                          State            Zip Code

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 6/24))

## III.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

B.    What date and approximate time did the events giving rise to your claim(s) occur?

08/05/2023 , 1:00 am - 2:00 am

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

33rd - 34th Illinois Street on 08/05/23 my Son was killed in a hit and Run my witness was Katie Story She is Now deceased

INSD Pro Se Civil Rights Complaint (unrelated to imprisonment) 12/19 (adapted from AO Pro Se 15 (Rev. 12/16))

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I Lost my Son, He was killed

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I Respectfully ask the Court to. award compensation for the pain, Suffering and emotional distress caused by the defendants failure to properly investigate my Sons Death Recognize that my constitutional rights were violated under the fourteen amendment Including due Process and equal protection under the law)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    07/09/25

Signature of Plaintiff    Nadine Bishop

Printed Name of Plaintiff    NADINE BISHOP

# Relief Section (what you are asking the court for)

I respectfully ask the Court to:

- Award compensation for the pain, suffering, and emotional distress caused by the defendants' failure to properly investigate my son's death;

- Recognize that my constitutional rights were violated under the Fourteenth Amendment, including due process and equal protection under the law;

- Require the City of Indianapolis and IMPD to be held accountable for their actions and failure to protect my son's rights;

- Allow me to proceed without paying court fees;

- And grant any further relief the Court finds just and proper.

I also request a **jury trial** so that a group of my peers can hear the full truth of what happened to my son and to my family.