AUG 12, 2023 AT 9:48 PM



Really enjoyed being with you and I Hope I don't lose my Family

AUG 12, 2023 AT 10:07 PM

🥹🥹🥹im here sis as long as I can be

You missed a video call with Nunk.

You missed a video call with Nunk.



Pick up I got NEWS

You missed a video call with Nunk.

The video call ended.

Nunk missed your call.

AUG 13, 2023 AT 1:25 PM

Please let my family kno what u heard

Delivered Sunday, August 13, 2023, 1:25 PM

I did



Told Rachel

No I added u in my Justice for Drew page

It's on messenger remember the one that I put together when I was with you



Tagg me

Okay

AUG 12, 2023 AT 9:48 PM

 Really enjoyed being with you and I Hope I don't lose my Family

AUG 12, 2023 AT 10:07 PM

 🥲🥲🥲im here sis as long as I can be

You missed a video call with Nunk.

You missed a video call with Nunk.

AUG 13, 2023 AT 12:57 PM

 Pick up I got NEWS

You missed a video call with Nunk.

The video call ended.

Nunk missed your call.

Please let my family kno what u heard

 I did

Told Rachel

No I added u in my Justice for Drew page

It's on messenger remember the one that I put together when I was with you

↓

 Tagg me

**Rhoda, Kelley R.** 8/14/2023

to me ⌄

Rhoda, Kelley R. • Kelley.Rhoda@indy.gov

Nadine37Bishop@gmail.com

Aug 14, 2023, 3:24 PM

Standard encryption (TLS).

View security details

  Always show pictures from this sender

hop,

ews on the case! We located and towed the suspect vehicle. Now the process of
ng the driver begins. Of course, the vehicle was not registered to who we believe
so we need to be able to prove without a doubt who was actually operating the v
me of the crash. Not impossible and we're working on it. So far, we've received n
tion from the registered vehicle owner, but that doesn't stop the investigation. I
u updated. Just wanted to let you know. Take care.

tfully,



**Nadine Bishop** 8/14/2023
to Rhoda

From: Nadine Bishop • nadine37bishop@gmail.com
To: Rhoda, Kelley R. • Kelley.Rhoda@indy.gov
Date: Aug 14, 2023, 3:38 PM

View security details

Thank you so much I also have information it's a girl that called me and I know her and she told me her brother was there the dude was bragging about what he had did to my son that he was drunk if you could call me I will gladly appreciate it my number is 317-932-4864

NADINE BISHOP

Show quoted text

