IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NADINE BISHOP, Individually and as a surviving mother of Andrew McClain, deceased, )<br><br>Plaintiff, )<br><br>v. )<br><br>CITY OF INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT (IMPD), RHODA KELLY Detective, CITY OF INDIANAPOLIS OFFICE OF CORPORATION COUNSEL )<br><br>Defendants. ) | Case No. 1:25-cv-01358-SEB-TAB |

## NOTICE OF APPEARANCE

To the Clerk and all parties of record:

I, Brian Coppinger, am admitted to practice in this Court and appear for the following Defendants: <u>City of Indianapolis Metropolitan Police Department (IMPD), RHODA KELLY Detective, and City of Indianapolis Office of Corporation Counsel.</u>

Respectfully submitted,

OFFICE OF CORPORATION COUNSEL

*/s/ Brian Coppinger*
Michael Brian Coppinger (36179-49)
Assistant Corporation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968
Brian.Coppinger2@indy.gov

## **CERTIFICATE OF SERVICE**

I certify that on this Monday, August 4, 2025 a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. I further certify that the following Pro-Se plaintiff was served via United States Mail at the following address:

> Nadine Bishop
> 1203 East 11th Street
> Ford Heights, IL 60411

*/s/ Brian Coppinger*
Michael Brian Coppinger (36179-49)
Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968