IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NADINE BISHOP, Individually and as a surviving mother of Andrew McClain, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:25-cv-01358-SEB-TAB |
| CITY OF INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT (IMPD), RHODA KELLY Detective, CITY OF INDIANAPOLIS OFFICE OF CORPORATION COUNSEL | ) ) ) ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF KRISTY GALBATE

1. My name is Kristy Galbate. I am over 18 years of age and of sound mind.

2. I have personal knowledge of the facts contained in this affidavit.

3. I am currently employed in the Office of Corporation Counsel ("OCC") as an Office Assistant. I have worked for the OCC since September of 1990.

4. My responsibilities include serving as a custodian for the OCC's business records, including the Tort Claim Notices ("TCN") that it receives pursuant to the Indiana Tort Claims Act.

5. The OCC is responsible for handling all TCNs for all tort claims against the City of Indianapolis. The OCC keeps a business record of all TCNs that it receives, which I prepare at or near the time they are received. I also keep the TCNs in the course of the OCC's regularly conducted activity of investigating and responding to the TCNs that the OCC receives.

6. As a part of the receipt of TCNs, myself and other staff members are responsible for

stamping TCNs to identify the date which they were received by our office. This ensures that the OCC is able to accurately determine the whether the TCN was timely filed based on the alleged date of loss, how long the OCC has to respond, and how long a claimant has until they are able to initiate litigation.

7. Upon request, I have reviewed the business records that OCC keeps concerning the TCNs it receives.

8. Based upon the review of such business records, I have identified a TCN filed by Nadine Bishop. This is the only TCN in our records from a Nadine Bishop.

9. I affirm that that the attached TCN #25-T-1120 (Attachment A) is a true and accurate copy of the TCN that was received from Nadine Bishop on August 5, 2025.

10. TCN #25-T-1120, Bishop's TCN, is the type of business record which the OCC keeps, maintains, and uses in the usual course of its business.

## AFFIRMATION

I hereby affirm that the above representations are true to the best of my knowledge and belief.

__9/15__  
Date

__Kristy Galbate__  
Kristy Galbate

## NOTARY PUBLIC ATTESTATION

Subscribed and sworn before, a Notary Public, in and for Marion County and state, this 15th day of September, 20 25.

*[signature]*

Notary Public

Nathan Clark

Printed Name



# ATTACHMENT A