# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

**FILED**

SEP 2 3 2025

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**NADINE BISHOP**, Individually and as surviving mother of Andrew McClain, deceased,
Plaintiff,

v.

**CITY OF INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT (IMPD), RHODA KELLY Detective,**
**CITY OF INDIANAPOLIS OFFICE OF CORPORATION COUNSEL,**
Defendants.

Case No.: 1:25-cv-01358-SEB-TAB

# NOTICE OF INDIVIDUAL CLAIMS AND REQUEST TO PROCEED

Plaintiff, appearing pro se, hereby provides notice to the Court that she is asserting individual claims for violation of her constitutional rights under the Fourteenth Amendment, separate and apart from the estate-based wrongful death and survival claims asserted on behalf of the Estate of Andrew McClain.

Plaintiff respectfully requests that the Court allow her individual claims to proceed on their merits while the estate claims are stayed pursuant to Plaintiff's pending Motion to Stay or Extend Time.

Respectfully submitted,

*Nadine Bishop*

**Nadine Bishop**
1203 E. 11th Street
Ford Heights, IL 60411
(464) 251-1751
nadine37bishop@gmail.com