# EXHIBIT A

First Crash Report

Created August 7, 2023

Printed August 10, 2023

Misclassified as 'Non-Collision' despite head-on impact.

State Id
**904325766**

**Indiana Officer's Standard Crash Report**

Hit and Run ☑

Local Id
**IP23080500000184**

| Vehicles | Commercial | Injuries | Fatalities |
|----------|-----------|----------|-----------|
| **2** | **0** | **0** | **1** |

Page 1 of 4

Created on 8/7/2023 12:50:13 PM
Printed on 8/10/2023 8:25:10 AM

**INDPLS METRO PD, ORI 0494900**

**Drivers**

**Crash Details**

| Location | | County | Township | City |
|----------|--|--------|----------|------|
| **N ILLINOIS ST 200 feet S of W 33RD ST** | | **MARION** | **CENTER** | **INDIANAPOLIS** |

| Crash Date | Day of Week | Crash Time | Date of Report | Latitude | Longitude |
|-----------|-------------|-----------|----------------|----------|-----------|
| **08/05/2023** | **Saturday** | **02:06 AM** | **08/05/2023** | **39.81473605** | **-86.15914211** |

| Weather Condition | Light Condition | Locality | Inside Corporate Limits? | |
|-------------------|-----------------|----------|--------------------------|--|
| **CLEAR** | **DARK (LIGHTED)** | **URBAN** | **YES** | ☐ School Zone |

| Roadway Surface | Surface Condition | Roadway Classification | | ☐ Train or Rail Equipment |
|-----------------|-------------------|------------------------|--|---------------------------|
| **ASPHALT** | **DRY** | **LOCAL/CITY ROAD** | | ☐ Rumble Strips |

| ☐ Construction Zone | Construction Type | Roadway Junction | Railroad Crossing # | ☐ Deer |
|---------------------|-------------------|------------------|---------------------|--------|
| | | **NO JUNCTION INVOLVED** | | ☐ Underride crash |

**Investigative Information**

| Time Notified | Time Arrived | Primary Factor | | Did this crash happen as a result of another incident? |
|---------------|--------------|----------------|--|---------------------------------------------------------|
| **0207** | **0209** | **PEDESTRIAN ACTION (Unit 2)** | | **NO** |

| Type of Crash | Other Location of Investigation | | | | Total Estimate of all damage in Crash: |
|---------------|--------------------------------|--|--|--|----------------------------------------|
| **NON-COLLISION** | **AT SCENE ONLY** | ☐ Investigation Complete | ☑ Photos taken | ☐ Reconstruction Performed | **$1001 TO $2500** |

| Investigative Officer | Agency | ID Number |
|----------------------|--------|-----------|
| **WINKS, KEVIN** | **INDPLS METRO PD** | **W1190** |
| Reviewing Officer | | |
| **SNOW, ERIC** | **INDPLS METRO PD** | **S4565** |
| Assisting Officer | | |
| **K RHODA** | **INDPLS METRO PD** | **31689** |
| Assisting Officer | | |
| | | |
| Reconstruction Officer | | |

**Narrative**

The following was written by WINKS, KEVIN

Evidence of the scene showed vehicle #1 was traveling north bound N Illinois Street in the left travel lane, the pedestrian was riding a Lime electric scooter south bound in the same lane of vehicle #1. Vehicle #1 ran head on into the scooter. Vehicle #1 did not stop and continued north bound N Illinois Street.

# Indiana Officer's Standard Crash Report

State Id
**904325766**

Local Id
**IP23080500000184**

Hit and Run ☑

| Vehicles | Commercial | Injuries | Fatalities |
|---|---|---|---|
| **2** | **0** | **0** | **1** |

Page 2 of 4

Created on 8/7/2023 12:50:13 PM
Printed on  8/10/2023 8:25:10 AM

**INDPLS METRO PD, ORI 0494900**

---

## Unit 1 Driver    ☑ Hit & Run    ☐ Aggressive Driving    ☐ Immediate Medical Attention

| Last Name | First | Middle |
|---|---|---|

Address        DOB        Age        Gender

Driver's License Number        Lic Type        Lic State        CDL Class

Apparent Physical Status        Restrictions

Test Given        Type Given

Driver Injury Status        EMS Number

Nature of Most Severe Injury        Location of Most Severe Injury

Safety Equipment Used        Safety Equipment Effective        Ejection/Trapped

If Cited        IC Codes

### Vehicle Information

Veh # **1**    Color    Veh Year    Occupants

Make        Model

Style

Insured By

Policy #        Ins Phone #

VIN

Inital Impact Area    **12**
☐ Undercarriage
☐ Trailer
☐ None
☐ Unknown
☐ Damage to Roof

Plate Number    Plate Exp Year    Plate State

Areas of Damage
☐ Undercarriage
☐ Trailer
☐ None
☑ Unknown
☐ Damage to Roof

Towed?    Towed Due to Disabling Damage?

Company Towed By        City Towed To        Fire?

Vehicle Use
**PERSONAL (FARM, COMPANY)**

Event Collision With
**PEDESTRIAN**

Emergency Run?    Type of Roadway **MULTI-LANES (ONE-WAY)**    Roadway Character **STRAIGHT/LEVEL**

Direction of Travel **NORTH**    Pre-Crash Vehicle Action **GOING STRAIGHT**    # of Axles    ☐ Oversized

Speed Limit **NONE**    Traffic Control Devices    Devices Operational?

### Owner Information

Vehicle Owner's Name        Address (Street/City, State Zip)

### Commercial Vehicle Information

Carrier's Name        Address (Street, City, State, Zip)

US DOT Number        CMV Inspection

HAZMAT Placard        HAZMAT Proper Shipping Name        HAZMAT Release of Cargo

Gross Vehicle Weight Rating    Hazmat 4-digit ID    Hazmat Class #    Cargo Body Type

---

## (Unit 2 — blank)

☐ Hit & Run    ☐ Aggressive Driving    ☐ Immediate Medical Attention

Last Name        First        Middle

Address        DOB        Age        Gender

Driver's License Number        Lic Type        Lic State        CDL Class

Apparent Physical Status        Restrictions

Test Given        Type Given

Driver Injury Status        EMS Number

Nature of Most Severe Injury        Location of Most Severe Injury

Safety Equipment Used        Safety Equipment Effective        Ejection/Trapped

If Cited        IC Codes

### Vehicle Information

Veh #    Color    Veh Year    Occupants

Make        Model

Style

Insured By

Policy #        Ins Phone #

VIN

Inital Impact Area
☐ Undercarriage
☐ Trailer
☐ None
☐ Unknown
☐ Damage to Roof

Plate Number    Plate Exp Year    Plate State

Areas of Damage
☐ Undercarriage
☐ Trailer
☐ None
☐ Unknown
☐ Damage to Roof

Towed?    Towed Due to Disabling Damage?

Company Towed By        City Towed To        Fire?

Vehicle Use        Event Collision With

Emergency Run?    Type of Roadway    Roadway Character

Direction of Travel    Pre-Crash Vehicle Action    # of Axles    ☐ Oversized

Speed Limit    Traffic Control Devices    Devices Operational?

### Owner Information

Vehicle Owner's Name        Address (Street/City, State Zip)

### Commercial Vehicle Information

Carrier's Name        Address (Street, City, State, Zip)

US DOT Number        CMV Inspection

HAZMAT Placard        HAZMAT Proper Shipping Name        HAZMAT Release of Cargo

Gross Vehicle Weight Rating    Hazmat 4-digit ID    Hazmat Class #    Cargo Body Type

# Indiana Officer's Standard Crash Report

State Id
**904325766**

Local Id
**IP23080500000184**

| Vehicles | Commercial | Injuries | Fatalities |
|----------|-----------|----------|------------|
| **2** | **0** | **0** | **1** |

Hit and Run ☑

Page 3 of 4

Created on 8/7/2023 12:50:13 PM
Printed on  8/10/2023 8:25:10 AM

**INDPLS METRO PD, ORI 0494900**

## Non-Motorist

| Name (Last, First MI) | Type | Action | Apparent Physical Condition | Cited? |
|---|---|---|---|---|
| **MCCLAIN, ANDREW M** | **PEDESTRIAN (NON-MOTOR VEHICLE)** | **AGAINST TRAFFIC** | **UNKNOWN** | **N** |

| Roadway | Direction | Traffic Control | Traffic Control Operational? | Gender | Test Given | Type Given |
|---|---|---|---|---|---|---|
| **N ILLINOIS ST** | **SOUTH** | **NO** | | **M** | **ALCOHOL AND DRUG** | **BLOOD** |

## Non-Motorist Injured

| Injured Pre-crash Location | Name (Last, First MI) | Address (Street, City, State, Zip) | Gender | Date of Birth | Age |
|---|---|---|---|---|---|
| **Unit 2 –** | **MCCLAIN, ANDREW M** | **231 PORT SYLVIA DR APT C INDIANAPOLIS, IN 46224** | **MALE** | **11/5/1996** | **26** |

| Injury Status | Nature of Most Severe Injury | Location of Most Severe Injury | Taken for Immediate Medical Attention | EMS Number |
|---|---|---|---|---|
| **FATAL** | **INTERNAL** | **HEAD** | **NO** | |

| Safety Equipment Used | | Safety Equipment Effective? | Ejection/Trapped | |
|---|---|---|---|---|
| | | | | |

## Trailers

| Vehicle # | Trailer Owner's Name | Address (Street/City, State Zip) | Lic. State | Lic Year | License Number | Year | Make |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Property Damage

| State Property | Description | Owner's Name and Address |
|---|---|---|
| | | |

## Factors

**Unit 2 :**
        **NONE (VEHICLE),PEDESTRIAN ACTION,NONE (ENVIRONMENTAL)**

State Id
**904325766**

# Indiana Officer's Standard Crash Report

Hit and Run ☑

Local Id
**IP23080500000184**

| Vehicles | Commercial | Injuries | Fatalities |
|----------|-----------|----------|-----------|
| **2** | **0** | **0** | **1** |

Page 4 of 4

Created on 8/7/2023 12:50:13 PM
Printed on   8/10/2023 8:25:10 AM

**INDPLS METRO PD, ORI 0494900**



3200 N Illinois Street

Not To Scale

**End of Report**

# EXHIBIT B

Second Crash Report

Created March 4, 2024

New reviewing officer Whitesell listed, Detective Eric Snow removed.

Marked 'Investigation Complete'.

**9D4325766**

# Indiana Officer's Standard Crash Report

Hit and Run ☑

Local Id
**IP23080500000184**

| | Vehicles | Commercial | Injuries | Fatalities |
|---|---|---|---|---|
| | **2** | **0** | **0** | **1** |

Page 1 of 4

Created on 3/4/2024 8:04:05 AM
Printed on 3/4/2024 8:05:10 AM

**INDPLS METRO PD, ORI 0494900**

**Drivers**

| Location | | | County | Township | City |
|---|---|---|---|---|---|
| **N ILLINOIS ST 200 feet S of W 33RD ST** | | | **MARION** | **CENTER** | **INDIANAPOLIS** |

| Crash Date | Day of Week | Crash Time | Date of Report | Latitude | Longitude |
|---|---|---|---|---|---|
| **08/05/2023** | **Saturday** | **02:06 AM** | **08/05/2023** | **39.81473605** | **-86.15914211** |

**Crash Details**

| Weather Condition | Light Condition | | Locality | Inside Corporate Limits? | ☐ School Zone |
|---|---|---|---|---|---|
| **CLEAR** | **DARK (LIGHTED)** | | **URBAN** | **YES** | |

| Roadway Surface | Surface Condition | | Roadway Classification | | ☐ Train or Rail Equipment |
|---|---|---|---|---|---|
| **ASPHALT** | **DRY** | | **LOCAL/CITY ROAD** | | ☐ Rumble Strips |

| ☐ Construction Zone | Construction Type | | Roadway Junction | Railroad Crossing # | ☐ Deer |
|---|---|---|---|---|---|
| | | | **NO JUNCTION INVOLVED** | | ☐ Underride crash |

| Time Notified | Time Arrived | Primary Factor | | Did this crash happen as a result of another incident? |
|---|---|---|---|---|
| **0207** | **0209** | **PEDESTRIAN ACTION (Unit 2)** | | **NO** |

| Type of Crash | Other Location of Investigation | ☑ Investigation Complete | ☑ Photos taken | ☐ Reconstruction Performed | Total Estimate of all damage in Crash |
|---|---|---|---|---|---|
| **NON-COLLISION** | **AT SCENE ONLY** | | | | **$1001 TO $2500** |

**Investigative Information**

| Investigative Officer | Agency | ID Number |
|---|---|---|
| **WINKS, KEVIN** | **INDPLS METRO PD** | **W1190** |
| Reviewing Officer | | |
| **WHITESELL, A** | **INDPLS METRO PD** | **20121** |
| Assisting Officer | | |
| **K RHODA** | **INDPLS METRO PD** | **31689** |
| Assisting Officer | | |

Reconstruction Officer

**Narrative**

The following was written by WINKS, KEVIN

Evidence of the scene showed vehicle #1 was traveling north bound N Ilinois Street in the left travel lane, the pedestrian was riding a Lime electric scooter south bound in the same lane of vehicle #1. Vehicle #1 ran head on into the scooter. Vehicle #1 did not stop and continued north bound N Ilinois Street.

Supplement done 12/29/2023 to add Toxicology results (JAG)

Investigation marked complete 03-04-24 AW

Official copy obtained through buycrash.com Official copy obtained through BuyCrash.com

904325766

# Indiana Officer's Standard Crash Report

Hit and Run ☑

Local Id
IP23080500000184

| Vehicles | Commercial | Injuries | Fatalities |
|---|---|---|---|
| 2 | 0 | 0 | 1 |

Page 2 of 4

Created on 3/4/2024 8:04:05 AM
Printed on 3/4/2024 8:05:10 AM

**INDPLS METRO PD, ORI 0494900**

| **Unit 1 Driver** | ☑ Hit & Run | ☐ Aggressive Driving | ☐ Immediate Medical Attention | | ☐ Hit & Run | ☐ Aggressive Driving | ☐ Immediate Medical Attention |
|---|---|---|---|---|---|---|---|
| Last Name | First | | Middle | Last Name | First | | Middle |
| Address | DOB | Age | Gender | Address | DOB | Age | Gender |
| Driver's License Number | Lic Type | Lic State | CDL Class | Driver's License Number | Lic Type | Lic State | CDL Class |
| Apparent Physical Status | Restrictions | | | Apparent Physical Status | Restrictions | | |
| Test Given | Type Given | | | Test Given | Type Given | | |
| Driver Injury Status | EMS Number | | | Driver Injury Status | EMS Number | | |
| Nature of Most Severe Injury | Location of Most Severe Injury | | | Nature of Most Severe Injury | Location of Most Severe Injury | | |
| Safety Equipment Used | Safety Equipment Effective | Ejection/Trapped | | Safety Equipment Used | Safety Equipment Effective | Ejection/Trapped | |
| If Cited | IC Codes | | | If Cited | IC Codes | | |

## Vehicle Information

| Veh # 1 | Color | Veh Year | Occupants | Intal Impact Area 12 | Veh # | Color | Veh Year | Occupants | Intal Impact Area |
|---|---|---|---|---|---|---|---|---|---|
| Make | Model | | | ☐ Undercarriage | Make | Model | | | ☐ Undercarriage |
| Style | | | | ☐ Trailer ☐ None | Style | | | | ☐ Trailer ☐ None |
| Insured By | | | | ☐ Unknown | Insured By | | | | ☐ Unknown |
| Policy # | Ins Phone # | | | ☐ Damage to Roof | Policy # | Ins Phone # | | | ☐ Damage to Roof |
| VIN | | | | Areas of Damage ☐ Undercarriage ☐ Trailer | VIN | | | | Areas of Damage ☐ Undercarriage ☐ Trailer |
| Plate Number | Plate Exp Year | Plate State | | ☐ None ☑ Unknown | Plate Number | Plate Exp Year | Plate State | | ☐ None ☐ Unknown |
| Towed? | Towed Due to Disabling Damage? | | | ☐ Damage to Roof | Towed? | Towed Due to Disabling Damage? | | | ☐ Damage to Roof |

| Company Towed By | City Towed To | Fire? | Company Towed By | City Towed To | Fire? |
|---|---|---|---|---|---|
| Vehicle Use **PERSONAL (FARM, COMPANY)** | Event Collision With **PEDESTRIAN** | | Vehicle Use | Event Collision With | |
| Emergency Run? | Type of Roadway **MULTI-LANES (ONE-WAY)** | Roadway Character **STRAIGHT/LEVEL** | Emergency Run? | Type of Roadway | Roadway Character |
| Direction of Travel **NORTH** | Pre-Crash Vehicle Action **GOING STRAIGHT** | # of Axles ☐ Oversized | Direction of Travel | Pre-Crash Vehicle Action | # of Axles ☐ Oversized |
| Speed Limit **NA** | Traffic Control Devices **NONE** | Devices Operational? | Speed Limit | Traffic Control Devices | Devices Operational? |

## Owner Information

| Vehicle Owner's Name | Address (Street/City, State Zip) | Vehicle Owner's Name | Address (Street/City, State Zip) |
|---|---|---|---|

## Commercial Vehicle Information

| Carrier's Name | Address (Street, City, State, Zip) | Carrier's Name | Address (Street, City, State, Zip) |
|---|---|---|---|
| US DOT Number | CMV Inspection | US DOT Number | CMV Inspection |
| HAZMAT Placard | HAZMAT Proper Shipping Name | HAZMAT Release of Cargo | HAZMAT Placard | HAZMAT Proper Shipping Name | HAZMAT Release of Cargo |
| Gross Vehicle Weight Rating | Placard e-digit ID | Hazmat Class # | Cargo Body Type | Gross Vehicle Weight Rating | Placard e-digit ID | Hazmat Class # | Cargo Body Type |

Indiana Officer's Standard Crash Report

Official copy obtained through buycrash.com    Official copy obtained through BuyCrash.co

Indiana Officer's Standard Crash Report

Official copy obtained through buycrash. Official copy obtained through BuyCrash.co

# Indiana Officer's Standard Crash Report

State Id
**904325766**

Local Id
**IP23080500000184**

Created on 3/4/2024 8:04:05 AM
Printed on  3/4/2024 8:05:10 AM

| | Vehicles | Commercial | Injuries | Fatalities |
|---|---|---|---|---|
| | **2** | **0** | **0** | **1** |

Hit and Run ☑

Page 3 of 4

**INDPLS METRO PD, ORI 0494900**

## Non-Motorist

| Name (Last, First MI) | Type | Action | Apparent Physical Condition | Cited? |
|---|---|---|---|---|
| **MCCLAIN, ANDREW M** | **PEDESTRIAN (NON-MOTOR VEHICLE)** | **AGAINST TRAFFIC** | **UNKNOWN** | **NO** |

| Roadway | Direction | Traffic Control | Traffic Control Operational? | Gender | Test Given | Type Given |
|---|---|---|---|---|---|---|
| **N ILLINOIS ST** | **SOUTH** | **NO** | | **M** | **ALCOHOL AND DRUG** | **BLOOD** |

## Non-Motorists Injured

| Injured Pre-crash Location | Name (Last, First MI) | Address (Street, City, State, Zip) | Gender | Date of Birth | Age |
|---|---|---|---|---|---|
| **Unit 2 -** | **MCCLAIN, ANDREW M** | **231 PORT SYLVIA DR APT C INDIANAPOLIS, IN 46224** | **MALE** | **11/5/1996** | **26** |

| Injury Status | Nature of Most Severe Injury | Location of Most Severe Injury | Taken for Immediate Medical Attention | EMS Number |
|---|---|---|---|---|
| **FATAL** | **INTERNAL** | **HEAD** | **NO** | |

| Safety Equipment Used | | Safety Equipment Effective? | Ejection/Trapped |
|---|---|---|---|
| | | | |

## Trailers

| Vehicle # | Trailer Owner's Name | Address (Street, City, State, Zip) | Lic. State | Lic. Year | License Number | Year | Make |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| State Property | Description | Owner's Name and Address |
|---|---|---|
| | | |

Unit 2 :
NONE (VEHICLE),PEDESTRIAN ACTION,NONE (ENVIRONMENTAL)

Indiana Officer's Standard Crash Report
Official copy obtained through buycrash    Official copy obtained through BuyCrash

904325766

Local Id
**IP23080500000184**

Created on 3/4/2024 8:04:05 AM
Printed on 3/4/2024 8:05:10 AM

# Indiana Officer's Standard Crash Report

| Vehicles | Commercial | Injuries | Fatalities |
|----------|-----------|----------|-----------|
| 2 | 0 | 0 | 1 |

Hit and Run ☑

Page 4 of 4

**INDPLS METRO PD, ORI 0494900**



3200 N Illinois Street

*Not To Scale*

Pedestrian

Pedestrian

Vehicle #1

Vehicle #1

# EXHIBIT C

Coroner Records

Falsely state family visually identified Andrew despite Plaintiff being denied viewing.

## IDENTIFICATION

The body arrives in two unsealed body bags.  The body is identified by an identification band on the left ankle bearing the decedent's name.  ~~The body was positively identified visually by family.~~

## CLOTHING AND PERSONAL EFFECTS

The body is clad in the following:  A black shirt, blue jeans (located around ankles), multicolored underwear, and white-purple socks.  Black sandals accompany the body in the body bag.

Personal effects consist of a blank ankle monitor (wrapped in foil) on the right ankle and hair accessories (bead, metal clip).

## EVIDENCE OF MEDICAL THERAPY

Electrocardiogram leads (x4) are in place.

## EXTERNAL EXAMINATION

The body is that of a normally developed and well-nourished, dark complexioned man appearing consistent with the listed age of 26 years.  The length is 71 inches, and the weight is 180 pounds as received.  The body is well preserved, cold, and has not been embalmed.  Rigidity is fully developed in the jaw and extremities.  Lividity is pink-purple, nonblanching, and in a posterior distribution.

The scalp is covered with braided black hair.  Facial hair consists of black facial hair on the upper lip and chin.  The ears are normally formed and without drainage.  The left earlobe is pierced.  The irides are brown, the corneas clear, and the bulbar and palpebral conjunctivae free of petechiae.  The sclerae are white.  The nose is intact, and the nares are clean and unobstructed.  The lips are normally formed.  The teeth are natural and in fair condition.  The neck is symmetrical and the trachea is midline.

The chest is normally formed, symmetrical, and without palpable masses.

The abdomen is flat and soft.  No masses are palpable.

The external genitalia are those of an uncircumcised man with both testes descended into the scrotum.

The back is straight and symmetrical.  The anus is atraumatic.

The upper extremities are normally formed and symmetrical with no clubbing or edema.  No needle punctures, track marks, or ventral wrist scars are noted.   The fingernails are moderately dirty and extend up to 1/8" beyond the fingertips.

The lower extremities are normally formed and have no edema, amputations, or deformities.  The toenails are trim and clean.

BODY MARKINGS (SCARS AND TATTOOS):

# EXHIBIT D

Detective Rhoda Email

August 14, 2023 at 3:24 PM notifying Plaintiff vehicle was located and towed.



Nadine Bishop <nadine37bishop@gmail.com>

## IMPD Case#IP230076049 A. McClain

**Rhoda, Kelley R.** <Kelley.Rhoda@indy.gov>                                   Mon, Aug 14, 2023 at 3:24 PM
To: "Nadine37Bishop@gmail.com" <Nadine37Bishop@gmail.com>

Ms. Bishop,

Great news on the case! We located and towed the suspect vehicle. Now the process of identifying the driver begins. Of course, the vehicle was not registered to who we believe was driving, so we need to be able to prove without a doubt who was actually operating the vehicle at the time of the crash. Not impossible and we're working on it. So far, we've received no cooperation from the registered vehicle owner, but that doesn't stop the investigation. I will keep you updated. Just wanted to let you know. Take care.

Respectfully,

Kelley Rhoda

Hit and Run Detective/Crash Investigations

Indianapolis Metropolitan Police Department

551 King Ave.

Indianapolis, IN 46222

Desk: (317) 327-2630

31689@indy.gov



# EXHIBIT E

Plaintiff Email Reply

August 14, 2023 at 3:38 PM providing witness information and requesting call back.

 Gmail

Nadine Bishop <nadine37bishop@gmail.com>

---

## IMPD Case#IP230076049 A. McClain

**Nadine Bishop** <nadine37bishop@gmail.com>                                    Mon, Aug 14, 2023 at 3:38 PM
To: "Rhoda, Kelley R." <Kelley.Rhoda@indy.gov>

Thank you so much I also have information it's a girl that called me and I know her and she told me her brother was there the dude was bragging about what he had did to my son that he was drunk if you could call me I will gladly appreciate it my number is 317-932-4864

NADINE BISHOP
[Quoted text hidden]

---

**2 attachments**

 **image001.png**
9K

 **image001.png**
9K

# EXHIBIT F

Katie Storey Messages & Obituary

Includes time-stamped Facebook messages under profile name 'Nurk Glass' and obituary.



Official Obituary of

# KATIE A. STOREY

December 4, 2023

Send Flowers    Plant a Tree




# Nunk Glass

**266** friends

[ Add friend ]  [ Message ]  [ ... ]

**Posts**   Photos   Videos

## Details

🔊 Followed by 90 people

... See Nunk's About Info



# Nunk Glass

**266** friends

 Add friend     Message    ···

**Posts**    Photos    Videos

## Details

 Followed by 90 people



Really enjoyed being with you and I Hope I don't lose my Family

AUG 12, 2023 AT 10.07 PM

🥹🥹🥹im here sis as long as I can be

You missed a video call with Nunk.

You missed a video call with Nunk.



Pick up I got NEWS

You missed a video call with Nunk.

The video call ended.

Nunk missed your call.

Please let my family kno what u heard

I did

You missed a video call with Nunk.

AUG 13, 2023 AT 12:57 PM

 Pick up I got NEWS

You missed a video call with Nunk.

The video call ended.

Nunk missed your call.

Please let my family kno what u heard

I did

 Told Rachel

No I added u in my Justice for Drew page

It's on messenger remember the one that I put together when I was with you

You missed a video call with Nunk.

You missed a video call with Nunk.

 Pick up I got NEWS

You missed a video call with Nunk.

The video call ended.

Nunk missed your call.

Please let my family kno what u heard

I did

 Told Rachel

AUG 13, 2023 AT 1:26 PM

No I added u in my Justice for Drew page

Delivered Sunday, August 13, 2023, 1:26 PM

It's on messenger remember the one that I put together when I was with yo ↓

 Pick up I got NEWS

You missed a video call with Nunk.

The video call ended.

Nunk missed your call.

AUG 13, 2023 AT 1:25 PM

Please let my family kno what u heard

Delivered Sund—
PM

I did

Told Rachel

No I added u in my Justice for Drew page

It's on messenger remember the one that I put together when I was with you

Tagg me

Nunk mis— your call

AUG 13, 2023 AT 1:34 PM



I'm just got off the Phone with my Brother N Law
The police now has the Vehicle in Custody of the Man who Committed the Crime Against Our Loved One

He said when he seen the Vechile

😢 🙇 2

Delivered Sunday, August 13, 2023, 1:44 PM

Kiera



Has anybody been watching the news is it on there ?





And he told me a horrific story
No the News has not yet released it because they are Processing it

😢

Nunk



And he is still at ↓ ae

AUG 13, 2023 AT 1:36 PM

Nunk

And he told me a horrific story
No the News has not yet released
it because they are Processing it 🥺

Delivered Sunday, August 13, 2023, 1:36 PM

Nunk

And he is still at Large

Charisse

What's the story

Kiera

Katie you been knowing?
👍

Nunk

I just Found out and called Deedee

Andre

Told DD what


And he is still at Large

Charisse

What's the story

Kiera

Katie you been knowing?

👍

AUG 13, 2023 AT 1:39 PM

Nunk


I just Found out and called Deedee

Delivered Sunday, August 13, 2023, 1:39 PM

Andre

Told DD what

↩ You replied to Nunk

I'm just got off the Phone with my
Brother N Law
The police now has the Vehicle i...

What

Russell    ↓

Russell

*Russell deleted a message*

Nunk

That when the car was seen that morning their was peace's of Brain all over it his teeth were there and the windshield was demolished

Delivered Sunday, August 13, 2023, 1:43 PM

Russell

What bout dude what info bout no my blood

What info bout dude no my blood my brains and shit

Charisse

If they have the car, they should know who dude is

Russell

Blood I'm out th. ↓  ɔup hml 💯

# EXHIBIT G

Autopsy Report

Page 3 of 8 including chain of custody details and manner of death classified as 'Accident'.

Notes arrival in two unsealed body bags.

dent:  Andrew McClain                                                                    Case: 23-2447

## IDENTIFICATION

The body arrives in two unsealed body bags. The body is identified by an identification band on the left ankle bearing the decedent's name. The body was positively identified visually by family.

## CLOTHING AND PERSONAL EFFECTS

The body is clad in the following:  A black shirt, blue jeans (located around ankles), multicolored underwear, and white-purple socks.  Black sandals accompany the body in the body bag.

Personal effects consist of a blank ankle monitor (wrapped in foil) on the right ankle and hair accessories (bead, metal clip).

## EVIDENCE OF MEDICAL THERAPY

Electrocardiogram leads (x4) are in place.

## EXTERNAL EXAMINATION

The body is that of a normally developed and well-nourished, dark complexioned man appearing consistent with the listed age of 26 years.  The length is 71 inches, and the weight is 180 pounds as received.  The body is well preserved, cold, and has not been embalmed.  Rigidity is fully developed in the jaw and extremities.  Lividity is pink-purple, nonblanching, and in a posterior distribution.

The scalp is covered with braided black hair.  Facial hair consists of black facial hair on the upper lip and chin.  The ears are normally formed and without drainage.  The left earlobe is pierced.  The irides are brown, the corneas clear, and the bulbar and palpebral conjunctivae free of petechiae.  The sclerae are white.  The nose is intact, and the nares are clean and unobstructed.  The lips are normally formed.  The teeth are natural and in fair condition.  The neck is symmetrical and the trachea is midline.

The chest is normally formed, symmetrical, and without palpable masses.

The abdomen is flat and soft.  No masses are palpable.

The external genitalia are those of an uncircumcised man with both testes descended into the scrotum.

The back is straight and symmetrical.  The anus is atraumatic.

The upper extremities are normally formed and symmetrical with no clubbing or edema.  No needle punctures, track marks, or ventral wrist scars are noted.   The fingernails are moderately dirty and extend up to 1/8" beyond the fingertips.

The lower extremities are normally formed and have no edema, amputations, or deformities.  The toenails are trim and clean.

BODY MARKINGS (SCARS AND TATTOOS):

# Marion County Coroner's Office

### 521 W McCarty St, Indianapolis, IN 46225
### Tel: (317) 327-4744; Fax: (317) 327-4563

Decedent: Andrew McClain

Age: 26 years

Sex/Race: Male/Black

Performed By:  Zachary O'Neill D.O.

Case: 23-2447

Date: 8/7/2023

Time: 0840 hours

Performed for: MCCO

Persons Present: Autopsy Technician LaTisa Patterson; Christian Williams and Gabrielle Burton of the Crime Lab; Kelly Rhoda of the Indianapolis Metropolitan Police Department

Identification: Visual

☒ **Autopsy**          ☐ **External Exam**

## CAUSE OF DEATH

Multiple blunt force injuries

## MANNER OF DEATH

Accident

Zachary O'Neill D.O., Forensic Pathologist

10/6/2023

Date

# Exhibit H – Key Communications Purpose Notes

**October 10, 2023 – Plaintiff Email to Detective (11:02 AM):**
Shows Plaintiff actively seeking updates and answers, demonstrating diligence in pursuing justice. Supports due-process claim because no meaningful response was provided, showing indifference to Plaintiff's right to know the status of the case.

**October 22, 2023 – Detective Email (1:37 PM):**
Acknowledges Plaintiff's voicemail and confirms receipt of an email from attorney Travail Croson. Shows that IMPD was aware Plaintiff had legal representation and promised to contact her attorney but failed to provide a meaningful update afterward, demonstrating negligence and failure to follow through.

**November 14, 2023 – Detective Rhoda Email:**
Documents the prosecutor's decision not to file charges despite IMPD knowing who owned the vehicle and being "pretty confident" about the suspects. This marks the closure point for the criminal case and supports Plaintiff's claim of denial of due process and deliberate indifference — IMPD had leads but chose not to act, leaving Plaintiff without recourse.

Nadine Bishop <nadine37bishop@gmail.com>

---

## IMPD Case#IP230076049 A. McClain

**Nadine Bishop** <nadine37bishop@gmail.com>                    Tue, Oct 10, 2023 at 11:02 AM
To: "Rhoda, Kelley R." <Kelley.Rhoda@indy.gov>

Hello yes I was just checking to see what's going on are there any update have anyone been charged if you can write me back and let me know I will gladly appreciate it I'll call your phone but I didn't get a response I didn't leave a voicemail this is again Andrew McClain's mom my phone number is 317-932-4864

NADINE BISHOP
[Quoted text hidden]

---

**2 attachments**


**image001.png**
9K


**image001.png**
9K



**Nadine Bishop <nadine37bishop@gmail.com>**

## IMPD Case#IP230076049 A. McClain

**Rhoda, Kelley R.** <Kelley.Rhoda@indy.gov>                    Sun, Oct 22, 2023 at 1:37 PM
To: Nadine Bishop <nadine37bishop@gmail.com>

Good afternoon,

I received a voicemail from you asking for the case number. It is in the subject line of our email thread. I also received an email from attorney Trevor Crossen. I will attempt contact with him this week.

[Quoted text hidden]

 **Gmail**                                                    **Nadine Bishop <nadine37bishop@gmail.com>**

---

## IMPD Case#IP230076049 A. McClain

**Rhoda, Kelley R.** <Kelley.Rhoda@indy.gov>                          Tue, Nov 14, 2023 at 3:38 PM
To: Nadine Bishop <nadine37bishop@gmail.com>

Ms. Bishop,

I tried to call this afternoon. It went to voicemail. Our numbers come up as "blocked." Since I could not get in contact with you, I am just emailing the info we would have discussed. Hopefully you have gotten a chance to discuss this with Mr. Crossen. I spoke with him this morning and informed his of the situation/outcome as well. Unfortunately, the prosecutor has chosen not to proceed with charges. There is also no insurance on the vehicle, so Mr. Crossen cannot proceed with a civil case. He *can*, it's just likely not beneficial. As far as the criminal case goes, we know who owns the vehicle and are pretty confident we know the two individuals who were in the vehicle at the time of the crash, but we cannot say with certainty who was driving. Of course, we cannot go to court with "pretty confident" or a suspicion, we have to be 100% sure and we cannot say that. We have tried to interview both individuals and one, the suspect, did actually speak with us. The other individual did not. As expected, the suspect admitted to nothing and claimed the vehicle was stolen. At this point, we cannot proceed with the case, but it will remain open to follow up on any new leads. Let me know what questions you have and I will do my best to answer them.

[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
> [Quoted text hidden]

>> [Quoted text hidden]

**From:** Nadine Bishop <nadine37bishop@gmail.com>
**Sent:** Monday, September 25, 2023 2:51 PM
**To:** Rhoda, Kelley R. <Kelley.Rhoda@indy.gov>
**Subject:** Re: IMPD Case#IP230076049 A. McClain

[Quoted text hidden]

# EXHIBIT I

Witness List

  1. Leona Guyness – present with Plaintiff at coroner's office.
  2. Shawnta Jenkins – present with Plaintiff at coroner's office.

## Exhibit L – Witness Declarations Notice

Plaintiff respectfully provides notice that the following witnesses were present when the Marion County Coroner's Office refused Plaintiff the opportunity to view her son, Andrew McClain: Leona Guyness Shawnta Jenkins Plaintiff intends to submit signed declarations from each witness as supplemental exhibits as soon as they are completed and available.

# EXHIBIT J

Death Certificate listing cause of death as multiple blunt force injuries and manner of death as accident.

4359255

# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

| Local No 006649 | EDR No 000011591154 | State No 2023-042545 |
|---|---|---|

| 1. Decedent's Legal Name (First, Middle, Last) | 1a. Maiden Name (If female) | 2. Gender | 3. Time Of Death | 4. Date of Death (Month/Day/Year) |
|---|---|---|---|---|
| Andrew Melvin Maurice McClain | | Male | 02:14 AM | 08/05/2023 |

| 5. Social Security Number | 6a. Age - Yrs | 6b. Under 1 Year Months | 6c. Under 1 Month Days | 6d. Under 1 Day Hours | 6e. Under 1 Hour Minutes | 7. Date of Birth (Month/Day/Year) | 8. Birthplace (City and State or Foreign Country) |
|---|---|---|---|---|---|---|---|
| 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 | 26 | | | | | 11/05/1996 | Chicago, Illinois |

| 9. Ever In U.S. Armed Forces? | 10. If Death Occurred In A Hospital: | 10a. If Death Occurred Somewhere Other Than A Hospital |
|---|---|---|
| ☐ Yes ☒ No ☐ Unknown | ☐ Inpatient ☐ Emergency Department Outpatient ☐ Dead on Arrival | ☐ Hospice Facility ☐ Decedent's Home ☐ Nursing Home/Long-term Care Facility ☒ Other (Specify) Scene of Accident |

| 11. Facility Name (If Not Institution, Give Street and Number) 3200 N Illinois Street |
|---|

| 12. City or Town, State, And Zip Code Indianapolis, Indiana 46208 | 13. County Of Death Marion | 14. Marital Status At Time Of Death ☐ Married ☐ Married, But Separated ☐ Divorced ☐ Widowed ☒ Never Married ☐ Unknown |
|---|---|---|

| 15. Surviving Spouse's Name | 15a. Last Name Before First Marriage | 16. Decedent's Usual Occupation Chef | 17. Kind Of Business/Industry Iozzo's Garden of Italy |
|---|---|---|---|

| 18. Residence - State IN | 18a. County Marion | 18b. City Or Town Indianapolis |
|---|---|---|

| 18c. Street And Number 231 Port Sylvia Drive | 18d. Apt. No. | 18e. Zip Code 46224 | 18f. Inside City Limits? ☒ Yes ☐ No |
|---|---|---|---|

| 19. Decedent's Education 9th-12th grade, No Diploma | 20. Decedent Of Hispanic Origin Not Spanish/Hispanic/Latino | 21. Decedent's Race Black or African American |
|---|---|---|

| 22. Parent's Name (First, Middle, Last) Andre McClain Sr. | 23. Parent's Name (First, Middle, Last) Nadine Bishop | 23a. Parent's Last Name Before First Marriage Jenkins |
|---|---|---|

| 24. Informant's Name Nadine Bishop | 24a. Relationship To Decedent Mother | 24b. Mailing Address (Street And Number, City, State, Zip Code) 1035 Lexington Circle H, Ford Heights, IL, 60411 |
|---|---|---|

| 25. Place Of Disposition |
|---|

| 25a. Method Of Disposition ☐ Burial ☒ Cremation ☐ Donation ☐ Entombment ☐ Removal From State ☐ Other: (Specify) | 25b. Place Of Disposition (Name Of Cemetery, Crematory, Other Place) Central Indiana Crematory | 25c. Location - City, Town, And State Indianapolis, IN |
|---|---|---|

| 26. Was Coroner Contacted? ☒ Yes ☐ No | 27. Name and Complete Address Of Funeral Facility Lauck & Veldhof Funeral & Cremation Services 1458 S Meridian Street, Indianapolis, Indiana, 46225 | 27a. Funeral Home License Number: FH11100010 |
|---|---|---|

| 27b. Signature of Indiana Funeral Service Licensee: Jeffrey D. Veldhof    Electronically Signed | 27c. License Number (Of Licensee): FD20800032 |
|---|---|

**Cause Of Death (See Instructions And Examples)**

28. Part I. Enter The Chain Of Events – Diseases, Injuries, Or Complications – That Directly Caused The Death. Do Not Enter Terminal Events Such As Cardiac Arrest, Respiratory Arrest, Or Ventricular Fibrillation Without Showing The Etiology. Do Not Abbreviate. Enter Only One Cause On A Line. Add Additional Lines If Necessary.

Approximate Interval: Onset To Death

| Immediate Cause (Final Disease or Condition Resulting In Death) | A. Multiple Blunt Force Injuries | Due to (Or As A Consequence Of): | Unknown |
|---|---|---|---|
| Sequentially List Conditions, If Any, Leading To The Cause Listed On Line A. Enter The Underlying Cause (Disease Or Injury That Initiated The Events Resulting In Death) Last. | B. | Due to (Or As A Consequence Of): | |
| | C. | Due to (Or As A Consequence Of): | |

| Part II. Enter Other Significant Conditions Contributing to Death But Not Resulting In The Underlying Cause Given In Part I | 29. Was An Autopsy Performed? ☒ Yes ☐ No |
|---|---|
| | 30. Were Autopsy Finding Available To Complete The Cause Of Death? ☒ Yes ☐ No |

| 31. Did Tobacco Use Contribute To Death? ☐ Yes ☐ Probably ☒ No ☐ Unknown | 32. If Female: ☐ Not Pregnant Within Past Year ☐ Pregnant At Time Of Death ☐ Not Pregnant, But Pregnant Within 42 Days Of Death ☐ Not Pregnant, But Pregnant 43 Days To 1 year Before Death ☐ Unknown If Pregnant Within The Past Year | 33. Manner Of Death ☐ Natural ☐ Homicide ☒ Accident ☐ Pending Investigation ☐ Suicide ☐ Could Not Be Determined |
|---|---|---|

| 34. Date Of Injury (Month/Day/Year) 08/05/2023 | 35. Time Of Injury 02:05 AM | 36. Place Of Injury (E.G., Decedent's Home, Construction Site, Restaurant, Wooded Area) Street/Highway | 37. Injury At Work? ☐ Yes ☒ No |
|---|---|---|---|

| 38. Location Of Injury - State Indiana | 38a. City Or Town Indianapolis | 38b. Street & Number 3200 N Illinois Street | 38c. Apt. No. | 38d. Zip Code 46208 |
|---|---|---|---|---|

| 39. Describe How Injury Occurred Scooter operator that was struck by vehicle that left the scene | 40. If Transportation Injury, Specify: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☒ Other (Specify) Scooter Operator |
|---|---|

| 41. Signature, Of Person Certifying Cause Of Death: Alfarena T Ballew    Electronically Signed | 42. Certifier (Check Only One) ☐ Certifying Physician ☒ Coroner ☐ Health Officer |
|---|---|

| 43. Name, Address And Zip Code Of Person Certifying Cause Of Death: Alfarena T Ballew 521 W McCarty Street, Indianapolis, IN 46225 | 44. License Number | 45. Date Certified 08/22/2023 |
|---|---|---|

| 46. Additional Funeral Service Provider | 47. *Akas: |
|---|---|

| 48. Signature of Local Health Officer Virginia A Caine    Electronically Signed | 49. For Registrar Only - Date Filed (Month/Day/Year) 08/22/2023 |
|---|---|

**AMENDMENT TO CERTIFICATE OF DEATH (ENTRY OR ORIGINAL)**

State Form 53395  ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue responsibility. Disclosure is voluntary and there will be no penalty for refusal.

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS A HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTOCOPIED.

# Marion County Coroner's Office

## 521 W McCarty St, Indianapolis, IN 46225
## Tel: (317) 327-4744; Fax: (317) 327-4563

Decedent: Andrew McClain

Age: 26 years

Sex/Race: Male/Black

Performed By:  Zachary O'Neill D.O.

Case: 23-2447

Date: 8/7/2023

Time: 0840 hours

Performed for: MCCO

Persons Present: Autopsy Technician LaTisa Patterson; Christian Williams and Gabrielle Burton of the Crime Lab; Kelly Rhoda of the Indianapolis Metropolitan Police Department

Identification: Visual

☒ **Autopsy**          ☐ **External Exam**

## CAUSE OF DEATH

Multiple blunt force injuries

## MANNER OF DEATH

Accident

_Zachary O'Neill D.O., Forensic Pathologist_          10/6/2023
                                                                               Date

# Exhibit K – Sworn Statement of Nadine Bishop

I, Nadine Bishop, declare as follows:

1. On August 14, 2023, I spoke by phone with Detective Kelly Rhoda regarding the death of my son, Andrew McClain.

2. Earlier that day, I had sent an email to Detective Rhoda stating:
*"Thank you so much. I also have information — it's a girl that called me and I know her and she told me her brother was there. The dude was bragging about what he had did to my son, that he was drunk. If you could call me, I will gladly appreciate it. My number is 317-932-4864."*

3. During our phone call, I told Detective Rhoda my friend's full name, Katie Story, and offered her phone number. Detective Rhoda declined and said she did not need to speak with Katie or Katie's brother.

4. I also told Detective Rhoda what Katie had shared with me — that when the car was seen that morning there were pieces of brain and teeth on it, and the windshield was demolished.

5. Detective Rhoda responded that there was "no way" Katie should have been able to tell me that information, because those details had not been released to the public.

6. Detective Rhoda assured me that she had enough evidence to lock someone up.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on _____.

**Nadine Bishop**
1203 E. 11th Street
Ford Heights, IL 60411
(464) 251-1751
nadine37bishop@gmail.com