**EXHIBIT A**

**Felder v. Casey, 487 U.S. 131 (1988)**

This Exhibit supports Plaintiff's Response in Opposition to Defendants' Motion to Dismiss.

In **Felder v. Casey**, the United States Supreme Court held that state notice-of-claim statutes and other procedural requirements cannot be applied to federal civil-rights actions brought under **42 U.S.C. § 1983**. The Court found that such state-law conditions are inconsistent with the purposes and operation of the federal civil-rights statute and therefore violate the **Supremacy Clause** of the United States Constitution.

Accordingly, Plaintiff submits this Exhibit in support of the argument that the **Indiana Tort Claims Act** does not bar or limit her federal claims under §1983, and that dismissal on that ground would be improper.

Respectfully submitted,

*/s/ Nadine Bishop*
Nadine Bishop
Plaintiff, Pro Se
Case No. 1:25-cv-01358-SEB-TAB



FILED
September 23, 2025
CLERK OF THE COURT
MARION COUNTY
AB

Marion County



# STATE OF INDIANA

## NOTICE
## SETTING HEARING OR TRIAL

| | |
|---|---|
| STATE OF INDIANA | ) IN THE MARION SUPERIOR COURT 8 |
| | ) |
| COUNTY OF MARION | ) CASE NO. 49D08-2508-EU-038195 |

In Re: The Estate Of Andrew Mcclain

This case is set for remote Hearing on Motion to Appoint Personal Representative and Status Of Counsel on 10/27/2025 at 1:50 PM in the Marion Superior Court 8.

So Ordered on this the 23rd day of September, 2025.

_____ AB
Honorable David Certo, Judge
Marion Superior Court 8

CC:   nadine bishop
          andrew mcclain

**EXHIBIT H**
Correction Note

This filing corrects **Facts and Allegations paragraphs 8, 9, and 10** from the **First Amended Complaint**.

Those paragraphs were previously labeled under the wrong exhibit. They properly belong under **Exhibit H – Key Communications and Purpose Notes**.

This version also corrects the spelling of **Attorney Trevor Crossen** in the **October 22, 2023 email**.

No other changes or additions have been made.

# Exhibit H – Key Communications Purpose Notes

### October 10, 2023 – Plaintiff Email to Detective (11:02 AM):
Shows Plaintiff actively seeking updates and answers, demonstrating diligence in pursuing justice. Supports due-process claim because no meaningful response was provided, showing indifference to Plaintiff's right to know the status of the case.

### October 22, 2023 – Detective Email (1:37 PM):
Acknowledges Plaintiff's voicemail and confirms receipt of an email from attorney Travail Croson. Shows that IMPD was aware Plaintiff had legal representation and promised to contact her attorney but failed to provide a meaningful update afterward, demonstrating negligence and failure to follow through.

### November 14, 2023 – Detective Rhoda Email:
Documents the prosecutor's decision not to file charges despite IMPD knowing who owned the vehicle and being "pretty confident" about the suspects. This marks the closure point for the criminal case and supports Plaintiff's claim of denial of due process and deliberate indifference — IMPD had leads but chose not to act, leaving Plaintiff without recourse.



Nadine Bishop <nadine37bishop@gmail.com>

## IMPD Case#IP230076049 A. McClain

Exhibit H-1

**Nadine Bishop** <nadine37bishop@gmail.com>  Tue, Oct 10, 2023 at 11:02 AM
To: "Rhoda, Kelley R." <Kelley.Rhoda@indy.gov>

Hello yes I was just checking to see what's going on are there any update have anyone been charged if you can write me back and let me know I will gladly appreciate it I'll call your phone but I didn't get a response I didn't leave a voicemail this is again Andrew McClain's mom my phone number is 317-932-4864

NADINE BISHOP
[Quoted text hidden]

2 attachments


image001.png
9K


image001.png
9K

 Gmail

Nadine Bishop <nadine37bishop@gmail.com>

**IMPD Case#IP230076049 A. McClain**

EXHIBIT-H-2

Rhoda, Kelley R. <Kelley.Rhoda@indy.gov>  Sun, Oct 22, 2023 at 1:37 PM
To: Nadine Bishop <nadine37bishop@gmail.com>

Good afternoon,

I received a voicemail from you asking for the case number. It is in the subject line of our email thread. I also received an email from attorney Trevor Crossen. I will attempt contact with him this week.

[Quoted text hidden]



**IMPD Case#IP230076049 A. McClain**

*Exhibit-H3*

**Rhoda, Kelley R.** <Kelley.Rhoda@indy.gov>
To: Nadine Bishop <nadine37bishop@gmail.com>

Tue, Nov 14, 2023 at 3:38 PM

Ms. Bishop,

I tried to call this afternoon. It went to voicemail. Our numbers come up as "blocked." Since I could not get in contact with you, I am just emailing the info we would have discussed. Hopefully you have gotten a chance to discuss this with Mr. Crossen. I spoke with him this morning and informed his of the situation/outcome as well. Unfortunately, the prosecutor has chosen not to proceed with charges. There is also no insurance on the vehicle, so Mr. Crossen cannot proceed with a civil case. He *can*, it's just likely not beneficial. As far as the criminal case goes, we know who owns the vehicle and are pretty confident we know the two individuals who were in the vehicle at the time of the crash, but we cannot say with certainty who was driving. Of course, we cannot go to court with "pretty confident" or a suspicion, we have to be 100% sure and we cannot say that. We have tried to interview both individuals and one, the suspect, did actually speak with us. The other individual did not. As expected, the suspect admitted to nothing and claimed the vehicle was stolen. At this point, we cannot proceed with the case, but it will remain open to follow up on any new leads. Let me know what questions you have and I will do my best to answer them.

[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]
> [Quoted text hidden]
>
>> [Quoted text hidden]
>>
>> **From:** Nadine Bishop <nadine37bishop@gmail.com>
>> **Sent:** Monday, September 25, 2023 2:51 PM
>> **To:** Rhoda, Kelley R. <Kelley.Rhoda@indy.gov>
>> **Subject:** Re: IMPD Case#IP230076049 A. McClain
>>
>> [Quoted text hidden]