# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| NADINE BISHOP, Individually and as a surviving mother of Andrew McClain, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:25-cv-01358-SEB-TAB |
| CITY OF INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT (IMPD), RHODA KELLY Detective, CITY OF INDIANAPOLIS OFFICE OF CORPORATION COUNSEL | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER ON DEFENDANTS' MOTION TO ACCEPT MOTION TO DISMISS

This matter having come before the Court on Defendants' Motion to Accept Motion to Dismiss, and the Court being duly advised in the premises, hereby grants the motion. [Filing No. 27.]

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss filed on October 10, 2025, at Filing No. 28 is accepted.

Date: 10/23/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF
and to the following via U.S. Mail:

NADINE BISHOP
1203 E. 11th St.
Ford Heights, IL 60411