# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF
# ATTORNEY INFORMATION

TO: ALL PARTIES

Pending Case No(s).[1]  ) 1:25-cv-01358-SEB-TAB

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Caitlin A. Wilkinson | Caitlin A. Wilkinson |
| **Law Firm, Company, and/or Agency:** | Office of Corporation Counsel | Office of Corporation Counsel |
| **Address:** | 200 E. Washington St., Suite 1600<br>Indianapolis, IN 46204 | 200 E Washington St., Suite 1601<br>Indianapolis, IN 46204 |
| **Primary E-mail:** | caitlin.wilkinson2@indy.gov | caitlin.wilkinson2@indy.gov |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | 317-327-4055 | 317-327-4055 |
| **Facsimile:** | 317-327-3968 | 317-327-3968 |

Date: 1/15/2026

s/ Caitlin A. Wilkinson

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.